UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JEREMIAH R. TENO** | **CIVIL DOCKET NO. 3:22-CV-0775** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **CHRIS STINSON, ET AL** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Kayla D. McClusky for Report and Recommendation. For the reasons contained in the REPORT AND RECOMMENDATION previously filed herein [Doc. 21], noting the absence of objections thereto, the Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION is correct and adopts the findings and conclusion therein as its own. Accordingly,

IT IS ORDERED that Plaintiff Jeremiah R. Teno's claims on behalf of other inmates are DISMISSED WITHOUT PREJUDICE for lack of standing and as frivolous.

IT IS FURTHER ORDERED that the following are DISMISSED as frivolous and for failing to state claims on which relief may be granted: Plaintiff's request for a transfer, claim that Warden Chris Stinson threatened him, claims against MPCC staff and Secretary James LeBlanc, claim that defendants caused him health complications, claim that he was charged medical fees, claims that his due process and free speech rights were violated, and conditions of confinement claims.

THUS, DONE AND SIGNED in Chambers on this 26th day of October 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE