UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JEREMIAH R TENO** | **CIVIL DOCKET NO. 3:22-CV-00775** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **CHRIS STINSON** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### JUDGMENT

This matter was referred to United States Magistrate Judge Kayla D. McClusky for Report and Recommendation. For the reasons contained in the REPORT AND RECOMMENDATION previously filed herein [Doc. 73], noting the absence of objections thereto, the Court concludes the Magistrate Judge's REPORT AND RECOMMENDATION is correct and adopts the findings and conclusions therein as its own.

Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant, Chris Stinson's MOTION FOR SUMMARY JUDGMENT [Doc. 45], be GRANTED, Plaintiff Jeremiah Teno's MOTION FOR SUMMARY JUDGMENT [Doc. 42], be DENIED, and the case be DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers on this 8TH day of April, 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT COURT